# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **CV 18-0701-JLS (JPR)**　　　　　　　　　　　Date: **July 29, 2019**
Title: **Lydia Martinez v. Officer Valdez et al.**

======================================================================

**DOCKET ENTRY: Order to Show Cause**

======================================================================

PRESENT:

　　　　　**HON. JEAN P. ROSENBLUTH, MAGISTRATE JUDGE**

　　　　　Bea Martinez　　　　　　　　　　　n/a
　　　　　Deputy Clerk　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANTS:
　　None present　　　　　　　　　　　　None present

**PROCEEDINGS: (IN CHAMBERS)**

　　The Court dismissed Plaintiff's First Amended Complaint in this civil-rights action more than a year ago, on July 23, 2018, granting Plaintiff leave to amend. She was warned that "if she fails to timely file a sufficient" amended complaint, "the Court may dismiss this action on the grounds set forth" in the dismissal order "or for failure to diligently prosecute."

　　Since then, Plaintiff has asked for and received numerous extensions to file her second amended complaint, totaling just under a year. Under the terms of the most recent extension order, the SAC was due on or before July 15. Plaintiff has neither filed a SAC nor requested another extension of time. Back in April 2018, the Court informed Plaintiff of the availability of help from the local pro se legal clinics.

　　No later than 14 days from the date of this Order, Plaintiff must file a second amended complaint or this lawsuit will likely be dismissed for failure to prosecute and failure to obey a Court order.